IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, et al.,<br><br>  Defendants. | CV 22-91-M-DLC-KLD<br><br>**ORDER** |

   Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council, and WildEarth Guardians move for the admission of Andrea Zaccardi to practice before this Court in this case with Kristine M. Akland to act as local counsel. Ms. Zaccardi's application appears to be in order.

   Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Andrea Zaccardi pro hac vice is GRANTED on the condition that Ms. Zaccardi shall do her own work. This means that Ms. Zaccardi must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Zaccardi may move for

the admission pro hac vice of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Zaccardi.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Zaccardi, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 19th day of May, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge