IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ALLIANCE FOR THE WILD ROCKIES, YAAK VALLEY FOREST COUNCIL, WILDEARTH GUARDIANS, and NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE; LEANNE MARTEN, Regional Forester of U.S. Forest Service Region 1; and CHAD BENSON, Supervisor of the Kootenai National Forest,<br><br>Defendants. | CV 22-91-M-DLC-KLD<br><br>ORDER |

IT IS ORDERED that the parties' joint case management plan (Doc. 11) is adopted, with modifications as set forth below, and the following schedule shall govern the dispositive briefing in this matter:

| | |
|---|---|
| Plaintiffs will file an Amended Complaint on or after: | July 29, 2022 |
| Federal Defendants will file an answer to the Amended Complaint: | August 26, 2022 |
| Federal Defendants will compile and lodge the administrative record on or before: | September 14, 2022 |

| | |
|---|---|
| Plaintiffs shall raise with Federal Defendants informally and in writing, any and all issues relating to the sufficiency of the agencies' administrative records (parties shall seek to informally and in good faith resolve any issues without the assistance of the Court): | September 28, 2022 |
| Deadline for motion to supplement or challenge the administrative record: | October 12, 2022 |

**Note: The filing of a motion to supplement the Administrative Record will not suspend the Summary Judgment briefing schedule set forth below.**

| | |
|---|---|
| Plaintiffs' motion for summary judgment and brief in support (limited to 10,000 words): | October 12, 2022 |
| Federal Defendants' combined cross-motion for summary judgment and response to Plaintiff's motion for summary judgment (limited to 10,000 words): | November 16, 2022 |
| Plaintiffs' combined response to Federal Defendants' cross-motion for summary judgment and reply in support of their motion for summary judgment (limited to 6,500 words): | December 14, 202 |
| Federal Defendants reply in support of their cross-motion for summary judgment (limited to 6,500 words): | January 19, 2023 |

DATED this 25th day of July, 2022

_____
Kathleen L. DeSoto
United States Magistrate Judge