IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. FOREST SERVICE, et al., <br><br> Defendants. | CV 22-91-M-DLC-KLD <br><br> ORDER |

Defendant-Intervenor the Kootenai Tribe of Idaho moves for the admission of Julie A. Weis to practice before this Court in this case with Kris A. McLean to act as local counsel. Ms. Weis's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that the Kootenai Tribe of Idaho's motion to admit Julie Weis pro hac vice is GRANTED on the condition that Ms. Weis shall do her own work. This means that Ms. Weis must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Weis may move for the admission pro hac vice of one (1) associate of her firm. Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Weis.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Weis, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 31st day of August, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge