IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. FOREST SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> KOOTENAI TRIBE OF IDAHO, <br><br> Defendant-Intervenor | CV 22-91-M-DLC-KLD <br><br> ORDER |

    Defendant-Intervenor the Kootenai Tribe of Idaho moves for the admission of Christopher t. Griffith to practice before this Court in this case with Kris A. McLean to act as local counsel. Mr. Griffith's application appears to be in order.

    Accordingly, IT IS HEREBY ORDERED that the Kootenai Tribe of Idaho's motion to admit Christopher Griffith pro hac vice is GRANTED on the condition that Mr. Griffith shall do his own work. This means that Mr. Griffith must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic

filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Griffith, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 2nd day of December, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge