IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> KOOTENAI TRIBE OF IDAHO, <br><br> Intervenor-Defendant. | CV 22–91–M–DLC <br><br><br> ORDER |

    Before the Court is Defendant-Intervenor's Unopposed Motion to Modify Preliminary Injunction Hearing Date. (Doc. 76.) The motion requests that the Court reset the hearing on Plaintiffs' motion for preliminary injunction (Doc. 73) to April 19, 2023, because of counsel's previously scheduled meeting taking place on April 21. (Doc. 76 at 2.) The motion is unopposed. (*Id.*)

    Accordingly, IT IS ORDERED that the motion (Doc. 76) is GRANTED. The hearing on Plaintiffs' motion for preliminary injunction (Doc. 73) is VACATED and RESET for April 19, 2023 at 1:30 p.m. in the Russell Smith

1

Federal Courthouse in Missoula, Montana. Briefing on the motion shall follow the schedule set forth in L.R. 7.1(d).

DATED this 21st day of March, 2023.

_____
Dana L. Christensen, District Judge
United States District Court