IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> KOOTENAI TRIBE OF IDAHO, <br><br> Defendant-Intervenor. | CV 22–91–M–DLC <br><br><br> ORDER |

On the Court's own motion, in light of Defendant-Intervenor filing a brief in response to Plaintiffs' motion for preliminary injunction, the Court will impose time limits during the hearing set for April 19, 2023 as follows:

IT IS ORDERED that Plaintiffs and Federal Defendants shall be afforded 30 minutes of argument per side at the hearing, and Defendant-Intervenor shall be afforded 15 minutes of argument at the hearing, irrespective of time spent on witness testimony or answering questions posed by the Court.

1

DATED this 18th day of April, 2023.

_____
Dana L. Christensen, District Judge
United States District Court