Kristine M. Akland
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 7274
Missoula, MT 59807
(406) 544-9863
kakland@biologicaldiversity.org

Andrea Zaccardi (*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID  83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council, and WildEarth Guardians*

Timothy M. Bechtold
BECHTOLD LAW FIRM
P.O Box 7051
Missoula, MT 59802
(406) 721-1435
tim@bechtoldlaw.net

*Attorney for Plaintiffs Alliance for the Wild Rockies and Native Ecosystems Council*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| CENTER FOR BIOLOGICAL DIVERSITY, ALLIANCE FOR THE WILD ROCKIES, YAAK VALLEY FOREST COUNCIL, WILDEARTH GUARDIANS, and NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiffs, | CV-22-91-M-DLC-KLD<br><br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME BRIEF** |
|---|---|

|  |  |
|---|---|
| vs.<br><br>U.S. FOREST SERVICE; LEANNE MARTEN, Regional Forester of U.S. Forest Service Region 1; CHAD BENSON, Supervisor of the Kootenai National Forest; and U.S. FISH AND WILDLIFE SERVICE,<br><br>      Defendants. |  |

Plaintiffs move this Court to allow for the acceptance of their response brief that was filed out of time. Doc. 97. On December 26, 2023, Defendants filed a Motion for Supplemental Briefing. Doc. 94. Pursuant to this Court's Order, Doc. 96, Plaintiffs' response brief was due Friday, January 19, 2024. Counsel for Plaintiffs filed the response brief at 2:52 am on January 20, 2024, Doc. 97, approximately than three hours past the filing deadline.

Even though the response brief had been approved by all clients by Thursday evening, due to an unexpected personal/family situation, Plaintiffs' counsel was unable to file the brief on Friday as intended. While focusing on the family situation that arose on Friday, Plaintiffs' counsel overlooked the filing the response brief, but ultimately filed the response brief at 2:52 a.m. on Saturday. Counsel for the Defendants do not oppose this motion, but request that the Court grant an extension until February 8, 2024 in which to file a reply brief.

Plaintiffs ask this Court to accept the tardy filing. Recognizing the

importance of deadlines, undersigned counsel for Plaintiffs sincerely apologizes to the Court and to counsel for her lapse.

Respectfully submitted this 22nd day of January, 2024.

>*/s/ Kristine M. Akland*
>Kristine M. Akland
>CENTER FOR BIOLOGICAL DIVERSITY
>
>Andrea Zaccardi
>CENTER FOR BIOLOGICAL DIVERSITY
>
>*Attorneys for Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council, and WildEarth Guardians*
>
>Timothy M. Bechtold
>BECHTOLD LAW FIRM, PLLC
>
>*Attorney for Plaintiffs Alliance for the Wild Rockies and Native Ecosystems Council.*