IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ALLIANCE FOR THE WILD ROCKIES, YAAK VALLEY FOREST COUNCIL, WILDEARTH GUARDIANS, and NATIVE ECOSYSTEMS COUNCIL,<br><br>      Plaintiffs,<br><br> vs.<br><br>U.S. FOREST SERVICE; LEANNE MARTEN, Regional Forester of U.S. Forest Service Region 1; CHAD BENSON, Supervisor of the Kootenai National Forest; and U.S. FISH AND WILDLIFE SERVICE,<br><br>      Defendants. | CV 22–91–M–DLC<br><br><br>ORDER |

  Before the Court is Plaintiffs' Unopposed Motion for Leave to File out of Time Brief. (Doc. 98.) Plaintiffs' Response to Defendants' Motion for Supplemental Briefing (Doc. 94) was due Friday, January 19, 2024. (*Id.* at 2.) Plaintiffs state that "due to an unexpected personal/family situation, Plaintiffs' counsel was unable to file the brief on Friday as intended," but "ultimately filed the response brief at 2:52 a.m. on Saturday." (*Id.*) Plaintiffs request that the Court

1

accept the tardy filing. (*Id.*) Defendants do not oppose, but request an extension until February 8, 2024, to file their reply brief. (*Id.*) The Court finds good cause to accept the tardy filing and grant Defendants an extension.

Accordingly, IT IS ORDERED that the motion (Doc. 98) is GRANTED. The Court will accept Plaintiffs' tardy Response and Defendants may file their Reply to Plaintiffs' Response on or before February 8, 2024.

DATED this 23rd day of January, 2024.

_____
Dana L. Christensen, District Judge
United States District Court