IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ALLIANCE FOR THE WILD ROCKIES, YAAK VALLEY FOREST COUNCIL, WILDEARTH GUARDIANS, and NATIVE ECOSYSTEMS COUNCIL,<br><br>     Plaintiffs,<br><br> vs.<br><br>U.S. FOREST SERVICE; LEANNE MARTEN, Regional Forester of U.S. Forest Service Region 1; CHAD BENSON, Supervisor of the Kootenai National Forest; and U.S. FISH AND WILDLIFE SERVICE,<br><br>     Defendants. | CV 22–91–M–DLC<br><br><br>ORDER |

   Before the Court is the Parties' Joint Proposed Briefing Schedule. (Doc. 102.) The parties have proposed the following deadlines for supplemental briefing:

| | |
|---|---|
| Certification of the Fish and Wildlife Service's Supplemental Administrative Record: | May 6, 2024 |
| Deadline to Amend the Operative Complaint for Limited Purpose of Identifying Amended BiOp in | May 31, 2024 |

1

Claim 5 or Move for Leave of Court to Make Additional Amendments:

(*Id.* at 2–3.)  In addition, the parties request that the Court extend the deadline to submit the remaining briefing schedule until May 17, 2024.  (*Id.* at 3.)  The Court agrees an extension is warranted.

Accordingly, IT IS ORDERED that the proposed schedule is ADOPTED.

IT IS FURTHER ORDERED that the parties shall submit the remaining proposed supplemental briefing deadlines and page limits on or before May 17, 2024.

DATED this 6th day of May, 2024.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court